UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re KEVIN D. BRYANT,

               Plaintiff                         No. C 14-4605 PJH (PR)

                                              **ORDER OF DISMISSAL**

_____/

      This case was opened when plaintiff wrote a letter to the court regarding prison conditions.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application.  A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

      Plaintiff has not filed a complaint or an IFP application, however, he has filed a letter indicating that he did not intend to open a case. This case is therefore **DISMISSED** without prejudice.  No fee is due.  The clerk shall close the file.

      **IT IS SO ORDERED.**

Dated: November 24, 2014.

                                          _____
                                          PHYLLIS J. HAMILTON
                                     United States District Judge

G:\PRO-SE\PJH\CR.14\Bryant4605.dsm-ifp.wpd